■ In the Matter of MARIE D. BAYARD, Respondent, v GIRIJA DEY, Appellant.—Ordered that the order of the Family Court, Suffolk County (Snellenburg, J.), entered August 16, 1985, is affirmed, without costs or disbursements *(see, Matter of Arlene C. v Stephen B.,* 37 AD2d 567). Mollen, P. J., Bracken, Lawrence and Sullivan, JJ., concur.